1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  STEPHEN G. CORRIGAN (MABN 100560)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, CA  94612
       Telephone: (510) 637-3680
7      E-mail: stephen.corrigans@usdoj.gov

8  Attorneys for Plaintiff
9

10                UNITED STATES DISTRICT COURT
11               NORTHERN DISTRICT OF CALIFORNIA
12                     OAKLAND DIVISION         CR08-0244
13
   UNITED STATES OF AMERICA,       )   NO. CR 07-00409 SBA
14                                 )
             Plaintiff,             )   SEALING APPLICATION AND
15                                 )   SEALING ORDER
   vs.                             )
16                                 )
   JOSEPH LAWRENCE WILLIAMS,       )
17 WILLIAM JOSEPH LITTLE, JR., and )
   KEITH AARON VANN,               )
18                                 )
             Defendants.           )
19 _____)

20
21     The United States requests that the Indictment, Penalty Sheets and Arrest Warrants
22 in the above-captioned case filed with the Court on April 16, 2008, be filed under seal
23 until further order of the Court, with the exception that the Clerk's office may provide a
24 copies of the Arrest Warrants to the U.S. Attorney's Office and agents of the Internal
25 Revenue Service. The sealing application is requested to facilitate the arrest of the
26 defendants.
27 ////
28 ////

SEALING APPLICATION AND ORDER

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: April 16, 2008

Respectfully submitted,

JOSEPH P. RUSSONEILLO
United States Attorney

STEPHEN G. CORRIGAN
Assistant United States Attorney

## ORDER

On the government's application, the Indictment, Penalty Sheets, and Arrest Warrants filed with the Court on April 16, 2008, shall be filed under seal until further order of the court with the exception that the Clerk's office may provide a copies of the Arrest Warrants to the U.S. Attorney's Office and agents of the Internal Revenue Service.

IT IS SO ORDERED.

DATED: 4/16/08

WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER      -2-