UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: May 23, 2008

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:** United States

v.                                                                 **No.** CR-08-00244-DLJ

**Defendant:**   Joseph Lawrence Williams [present; not in custody]
                 William Joseph Little Jr. [present; not in custody]
                 Keith Aaron Vann   [present; not in custody]

**Appearances for AUSA:** Steve Corrigan

**Appearances for Defendant:**  Def Williams- Jerome Matthews
                                 Def Little- Claire Leary
                                 Def Vann- Claire Leary for George Boisseau

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**   7/11/08 at 9:00AM          **Ruling:** STATUS

**Notes:**

**Case Continued to**              for

**Case Continued to:**      for
**Case Continued to:**      for
**Motions to be filed by:**    **Opposition Due:**

**Case Continued to**                  for Pretrial Conference

**Case Continued to**      for         Trial

**Excludable Delay: Category: Begins:**   5/23/08     **Ends:** 7/11/08