UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  July 11, 2008

**Clerk:** Frances Stone
**Court Reporter:** IRENE RODRIGUEZ

**Plaintiff:**  United States

v.                                                          **No.** CR-08-00244-DLJ

**Defendant:** Joseph Lawrence Williams [present; not in custody]
William Joseph Little, Jr. [present; not in custody]
Keith Aaron Vann [present; not in custody]

**Appearances for AUSA:** Stephen Corrigan

**Appearances for Defendant:** Def Williams: Camellia Baray
Def Little: Claire Leary
Def Vann: George Boisseau

**Interpreter:**

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
| STATUS | -HELD |

**Notes:**

**Case Continued to**   9/26/08 AT 9:00AM   for   STATUS

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**       Opposition Due:

**Case Continued to**                        for Pretrial Conference

**Case Continued to**         for         Trial

**Excludable Delay: Category: Begins:  7/11/08      Ends: 9/26/08**