Law Offices of
GEORGE C. BOISSEAU, CSB 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseauge@msn.com

Attorney for Defendant
KEITH VANN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH VANN,<br><br>Defendant. | CR-08-0244-DLJ<br><br>STIPULATION AND ORDER AUTHORIZING TRAVEL |

Upon stipulation of the government and defendant, and approval of Pre-Trial Services, the conditions of release for defendant, KEITH MANN, shall be modified as follows:

Defendant shall be allowed to travel outside the Northern District of California for the purposes of a family vacation to Las Vegas, Nevada from Monday, September 8, 2008 to Thursday, September 11, 2008.

Further, defendant shall in advance advise Pretrial Services of his travel plans who may set reasonable conditions on defendant's travel in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

SO STIPULATED.

Dated: 9/3/18

STEPHEN G. CORRIGAN
Assistant United States Attorney

STIPULATION AND ORDER

1  SO STIPULATED.
2  Dated: 9/3/08

                                    _____
                                    GEORGE C. BOISSEAU
                                    Attorney for Defendant
                                    KEITH VANN

## ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, it is hereby ordered that the conditions of release for defendant, KEITH VANN, shall be modified as follows:

Defendant shall be allowed to travel outside the Northern District of California to Las Vegas, Nevada for a family vacation, during the period of September 8, 2008 to September 11, 2008. Further, defendant shall in advance advise Pretrial Services of his travel plans who may set reasonable conditions on defendant's travel in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

SO ORDERED.

Dated: _____

                                    _____
                                    HON. WAYNE BRAZIL
                                    U.S. MAGISTRATE JUDGE

2

STIPULATION AND ORDER