1  Law Offices of
   GEORGE C. BOISSEAU, CSB 75872
2  740 4th Street
   Second Floor
3  Santa Rosa, California 95404
   Phone: (707) 578-5636
4  Fax: (707) 578-1141
   E-Mail: boisseauge@msn.com
5
   Attorney for Defendant
6  KEITH VANN

7              UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
   UNITED STATES OF AMERICA,      )   CR-08-0244-DLJ
10                                )
          Plaintiff,               )   STIPULATION AND ORDER
11                                )   AUTHORIZING TRAVEL
   v.                              )
12                                )
   KEITH VANN,                     )
13                                )
          Defendant.                )
14  _____)

15

16      Upon stipulation of the government and defendant, and approval of Pre-Trial Services,

17  the conditions of release for defendant, KEITH MANN, shall be modified as follows:

18      Defendant shall be allowed to travel outside the Northern District of California for the

19  purposes of a family vacation to Las Vegas, Nevada from Monday, September 8, 2008 to

20  Thursday, September 11, 2008.

21      Further, defendant shall in advance advise Pretrial Services of his travel plans who may

22  set reasonable conditions on defendant's travel in their discretion.

23      ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO

24  REMAIN UNCHANGED.

25      SO STIPULATED.

26      Dated: 9/3/18

27
                                            _____
28                                          STEPHEN G. CORRIGAN
                                            Assistant United States Attorney


STIPULATION AND ORDER

SO STIPULATED.
Dated: 9/3/08

GEORGE C. BOISSEAU
Attorney for Defendant
KEITH VANN

ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, it is hereby ordered that the conditions of release for defendant, KEITH VANN, shall be modified as follows:

Defendant shall be allowed to travel outside the Northern District of California to Las Vegas, Nevada for a family vacation, during the period of September 8, 2008 to September 11, 2008. Further, defendant shall in advance advise Pretrial Services of his travel plans who may set reasonable conditions on defendant's travel in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

SO ORDERED.

Dated: September 8, 2008



Judge Wayne D. Brazil

2

STIPULATION AND ORDER