Law Offices of
GEORGE C. BOISSEAU, CSB 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseauge@msn.com

Attorney for Defendant
KEITH VANN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-08-0244-DLJ |
| Plaintiff, | STIPULATION AND ORDER AUTHORIZING TRAVEL |
| v. | |
| KEITH VANN, | |
| Defendant. | |

Upon stipulation of the government and defendant, and approval of Pre-Trial Services, the conditions of release for defendant, KEITH VANN, shall be modified as follows:

Defendant shall be allowed to travel outside the Northern District of California for the purposes of a family vacation to Atlanta, Georgia from Friday, November 14, 2008 to Monday, November 24, 2008:

Further, defendant shall in advance advise Pretrial Services of his travel plans who may set reasonable conditions on defendant's travel in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

SO STIPULATED.

Dated: 11/13/08

STEPHEN G. CORRIGAN
Assistant United States Attorney

1

1  SO STIPULATED,
2  Dated: 11/12/08
3                                            GEORGE C. BOISSEAU
                                             Attorney for Defendant
4                                            KEITH VANN

5                                    ORDER

6    GOOD CAUSE APPEARING, upon stipulation of the parties, it is hereby ordered that the
7  conditions of release for defendant, KEITH VANN, shall be modified as follows:
8    Defendant shall be allowed to travel outside the Northern District of California to Atlanta,
9  Georgia for a family vacation, during the period of November 14, 2008 to November 24, 2008.
10 Further, defendant shall in advance advise Pretrial Services of his travel plans who may set
11 reasonable conditions on defendant's travel in their discretion.
12   ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN
13 UNCHANGED.
14   SO ORDERED.
15   Dated: November 14, 2008

**GRANTED**
Judge Wayne D. Brazil
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2