LIDIA S. STIGLICH CSBN 182100
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Tel: 415-865-2539
Fax: 415-865-2538

Attorney for Defendant
KEITH AARON VANN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08 00244 DLJ |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER RE: TRAVEL TO EASTERN DISTRICT |
| KEITH AARON VANN, et. al | |
| Defendants. | |

Defendant KEITH AARON VANN, by and through his counsel Lidia S. Stiglich and the United States of America, through Assistant United States Attorney Stephen G. Corrigan, hereby stipulate and agree to that Mr. Vann's pretrial release conditions be modified such that he be granted permission to travel to the Eastern District for purposes of employment as a courier.

United States Pretrial Services Officer Michelle Nero, has been informed of this request and has no objection.

///

///

///

**IT IS SO STIPULATED.**

Dated: 07/17/2009

/s/ Lidia S. Stiglich
_____
LIDIA S. STIGLICH
Attorney for Defendant
KEITH AARON VANN

Dated: 07/17/2009

/s/ Stephen G. Corrigan
_____
STEPHEN G. CORRIGAN
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, Mr. Vann's pretrial release conditions are hereby modified such that he is permitted to travel from his present residence to the Eastern District for purposes of employment as a courier.

**IT IS SO ORDERED.**

Dated: August 3, 2009 .

_____
United States Magistrate Judge

[GRANTED — Judge Wayne D. Brazil — United States District Court, Northern District of California]