LIDIA S. STIGLICH, State Bar No. 182100
STIGLICH & HINCKLEY, LLP
149 Natoma Street, Suite 300
San Francisco, California 94105
Telephone: (415) 865-2539
Facsimile: (415) 865-2538

Attorneys for Defendant
KEITH AARON VANN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0244 DLJ |
| Plaintiff, | **STIPULATION AND ORDER AUTHORIZING TRAVEL** |
| v. | |
| KEITH AARON VANN, | |
| Defendant. | |

Upon stipulation of the government and the defendant, and approval of Pre-Trial Services, the conditions of release for defendant, KEITH AARON VANN, shall be modified as follows:

Defendant shall be allowed to travel outside the Northern District of California for the purposes of vacation to Las Vegas, Nevada, from Thursday, September 10, 2009 to Saturday, September 12, 2009.

///

///

///

1

**UNITED STATES V. KEITH AARON VANN, CR-08-0244**
**STIPULATION AND ORDER RE TRAVEL**

Further, defendant shall in advance advise Pre-Trial Services of his travel plans who may set reasonable conditions on defendant's travel in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN IN EFFECT.

SO STIPULATED.

Dated: 09/09/09

/s/ Stephen G. Corrigan

STEPHEN G. CORRIGAN
Assistant United States Attorney

Dated: 09/09/09

/s/ Lidia S. Stiglich

LIDIA S. STIGLICH
Attorney for Defendant
KEITH AARON VANN

## ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, it is hereby orderd that the conditions of release for defendant, KEITH AARON VANN, shall be modified as follows:

Defendant shall be allowed to travel outside the Northern District of California for the purposes of vacation to Las Vegas, Nevada, from Thursday, September 10, 2009 to Saturday, September 12, 2009.  Further, defendant shall in advance advise Pre-Trial Services of his travel plans who may set reasonable conditions on defendant's travel in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN IN EFFECT.

SO ORDERED.

Dated:  September 10, 2009



_____
WAYNE D. BRAZIL
United States Magistrate Judge