LIDIA S. STIGLICH, State Bar No. 182100
STIGLICH & HINCKLEY, LLP
149 Natoma Street, Suite 300
San Francisco, California 94105
Telephone: (415) 865-2539
Facsimile: (415) 865-2538

Attorneys for Defendant
KEITH AARON VANN

FILED
NOV 2 - 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KEITH AARON VANN,

Defendant.

No. CR-08-0244 DLJ

**STIPULATION AND [PROPOSED] ORDER AUTHORIZING TRAVEL**

Upon stipulation of the government and the defendant, and approval of Pre-Trial Services, the conditions of release for defendant, KEITH AARON VANN, shall be modified as follows:

Defendant shall be allowed to travel outside the Northern District of California for the purposes of vacation to Las Vegas, Nevada, from Tuesday, November 10, 2009 to Thursday, November 12, 2009.

///

///

///

1

UNITED STATES V. KEITH AARON VANN, CR-08-0244
STIPULATION AND PROPOSED ORDER RE TRAVEL

Further, defendant shall in advance advise Pre-Trial Services of his travel plans who may set reasonable conditions on defendant's travel in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN IN EFFECT.

SO STIPULATED.

Dated: 11/02/2009

/s/ Stephen G. Corrigan

STEPHEN G. CORRIGAN
Assistant United States Attorney

Dated: 11/02/2009

/s/ Lidia S. Stiglich

LIDIA S. STIGLICH
Attorney for Defendant
KEITH AARON VANN

## ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, it is hereby ordered that the conditions of release for defendant, KEITH AARON VANN, shall be modified as follows:

Defendant shall be allowed to travel outside the Northern District of California for the purposes of vacation to Las Vegas, Nevada, from Tuesday, November 10, 2009 to Thursday, November 12, 2009. Further, defendant shall in advance advise Pre-Trial Services of his travel plans who may set reasonable conditions on defendant's travel in their discretion, *including periodically reporting to Pretrial Services, as directed.* ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN IN EFFECT.

SO ORDERED.

Dated: 11/2/09

TIMOTHY J. BOMMER
United States Magistrate Judge