HUGH ANTHONY LEVINE (CABN 69857)
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 732-6101
Facsimile: (415) 255-7264
Email: halesq@ix.netcom.com

Attorney for Defendant VANN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08-0244-DLJ |
| ) | |
| Plaintiff, ) | [Proposed] |
| ) | ORDER GRANTING PERMISSION TO |
| vs. ) | TRAVEL OUTSIDE THE DISTRICT. |
| ) | |
| JOSEPH LAWRENCE WILLIAMS, ) | |
| WILLIAM JOSEPH LITTLE, JR., ) | |
| KEITH AARON VANN, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

    Defendant Vann having requested permission to take the following trips outside this District, and there being no objection by the U.S. Pretrial Services Agency and good cause appearing therefore,

    IT IS HEREBY ORDERED that the defendant may travel by car to Las Vegas, Nevada between October 3-10, 2010; and he may travel by

1

.

car to Los Angeles, California between October 14-17, 2010; and he may travel by airline to Virginia between November 14-21, 2010.

All previously ordered conditions of defendant's pretrial release remain in effect, and he is further ordered to provide Pretrial Services with his travel itinerary and his lodging and contact information during these trips.

SO ORDERED.

Dated: September 30, 2010

_____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE