HUGH ANTHONY LEVINE (CSBN 69857)
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 732-6101
Facsimile: (415) 255-7264
Email: halesq@ix.netcom.com

Attorney for Defendant VANN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-0244-DLJ |
| | ) | |
| Plaintiff, | ) | [Proposed] |
| | ) | REVISED ORDER GRANTING PERMISSION |
| vs. | ) | TO TRAVEL OUTSIDE THE DISTRICT. |
| | ) | |
| JOSEPH LAWRENCE WILLIAMS, | ) | |
| WILLIAM JOSEPH LITTLE, JR., | ) | |
| KEITH AARON VANN, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Vann having requested and been granted permission (Document 115) to travel by airline to Virginia between November 14-21, 2010, and it appearing that he could not secure an affordable flight on November 14th but has secured one for November 12th, and there being no objection by Pretrial Services Officer Timothy Elder, and good cause appearing,

1

IT IS HEREBY ORDERED that the previously ordered travel
permission is modified to allow the defendant to travel by airline
to Virginia between November 12-21, 2010.
         All other previously ordered conditions of defendant's
pretrial release remain in effect, and he is ordered to provide
Pretrial Services with his travel itinerary and his lodging and
contact information during this trip.
         SO ORDERED.

Dated:   November 11, 2010

                                    _____
                                    LAUREL BEELER
                                    UNITED STATES MAGISTRATE JUDGE