

1  Keith-Aaron: Vann, Secured Party – Principal and
   Authorized Representative
2  c/o 35 Shadow Mountain Street
   Oakland, CA [94605]
3  (510) 568-0883

4  Attorney-In-Fact for KEITH AARON VANN, Ens legis/entity

5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11  UNITED STATES OF AMERICA,          )   No. CR 08-244 DLJ
                                       )
12           Plaintiff,                )
                                       )
13                                     )   MOTION FOR DISMISSAL CHARGES;
                                       )   RESERVATION OF MY RIGHTS UCC 1-
14  JOSEPH LAWRENCE WILLIAMS,          )   308
                                       )
15  WILLIAM JOSEPH LITTLE and KEITH    )
                                       )
16  AARON VANN

17           Defendants
    _____

18

19

20      The defendant entreats the court to dismiss charges for the following reason.
21  THE RESERVATION OF MY RIGHTS UCC 1-308

22

23      I explicitly reserve all of my rights. UCC 1-308 which was formally UCC 1-207. "§ 1-
24  308. Performance or Acceptance Under Reservation of Rights.(a) A party that with explicit
25  reservation of rights performs or promises performance or assents to performance in a manner
26  demanded or offered by the other party does not thereby prejudice the rights reserved. Such
27  words as "without prejudice," "under protest," or the like are sufficient."

28

I reserve all of my rights at all times and in all places. I reserve my right not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally. And furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement. WHEREFORE, the required remedy has been perfected and the defendant entreats the court to dismiss the charges accordingly.

Respectfully submitted,

Without prejudice UCC 1-308 / 1-207

By: *Keith Aaron Vann*  Date: 7/14/2011

Keith-Aaron: Vann

c/o 35 Shadow Mountain

Oakland, CA [94605]

I certify that I have mailed a copy of this motion to Name of prosecutor or opposing attorney,

Mrs./Ms. Melinda Haag
c/o Mr. Stephen G. Corrigan
U.S. Attorneys Office
Northern District of California
450 Golden Gate Avenue, 10th Floor
P.O. Box 36055
San Francisco, CA 94102

Without prejudice UCC 1-308 / 1-207

# EXHIBIT A

# Affidavit of reservation of rights UCC 1-308/1-207

**PUBLIC**
**THIS IS A PUBLIC COMMUNICATION TO ALL**
Notice to agents is notice to principles
Notice to principles is Notice to Agents
Applications to all successors and assigns
All are without excuse

Keith-Aaron: Vann, sui juris
All rights reserved  **UCC 1-308/1-207**
c/o  35 Shadow Mountain
Oakland, California a republic near [94605]
Phone: [ 510 568-0883 ]
Non-domestic without the United States

Let it be known to all that I, **Keith-Aaron: Vann** explicitly reserves all of my rights. See **UCC 1-308** which was formally **UCC 1-207**.

"**§ 1-308. Performance or Acceptance Under Reservation of Rights.**
**(a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient."**

I retain all of my rights and liberties at all times and in all places, **nunc pro tunc** (now for then) from the time of my birth and forevermore. Further, I retain my rights not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally. And furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement. I am not ever subject to silent contracts and have never knowingly or willingly contracted away my sovereignty.

Further, I am not a United States citizen or a 14th amendment citizen.  I am a State Citizen of the republic and reject any attempted expatriation.   See **15 united States statute at large, July 27th, 1868** also known as the expatriation statute

Violation fee of my liberty is $250,000 per incident or per 15 minutes or any part thereof. Wherefore all have undeniable knowledge.

## AFFIDAVIT

Affiant, **Keith-Aaron: Vann**, sui juris, a natural born Citizen of **California** in its dejure capacity as a republic and as one of the several states of the union created by the constitution  for the united States of America 1777/1789. This incidentally makes me an American national and a common man of the Sovereign People, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

Signed By: _Keith Aaron Vann_ sui juris, This Affidavit is dated 5-13-11
**Keith-Aaron Vann**

## NOTARY PUBLIC

State _____ County _____
Subscribed and sworn to before me, a Notary Public, the above signed Keith-Aaron: Vann,
This _____ day of _____, _____ year

_____
Notary Public                                                                                SEE ATTACHED JURAT

MY COMMISSION EXPIRES: _____

*Sovereign Authority*

# JURAT

State of California

County of ALAMEDA

Subscribed and sworn to (or affirmed) before me on this \_\_\_13\_\_\_ day of \_\_MAY\_\_\_, 20 11, by \_\_KEITH AARON VANN\_\_,
<small>Name of Signer</small>
proved to me on the basis of satisfactory evidence to be the person (s) who appeared before me.

MAC ROHITH DSOUZA
COMM. #1881393
Notary Public-California
ALAMEDA COUNTY
My Comm. Exp. March 1, 2014

Place Notary Seal Above

Signature _____
<small>Signature of Notary Public</small>

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

State of California            )
County of ALAMEDA      )

On July 14, 2011 before me, STANLEY J PRICE JR, NOTARY PUBLIC
(here insert name and title of the officer)

personally appeared KEITH VANN ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

STANLEY J. PRICE JR.
COMM. #1788306
NOTARY PUBLIC-CALIFORNIA
ALAMEDA COUNTY
My Comm. Expires Dec. 30, 2011

(Seal)

--- OPTIONAL INFORMATION ---

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

## Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of MOTION FOR DISMISSAL

containing 5 pages, and dated 7/14/11.

The signer(s) capacity or authority is/are as:
- [ ] Individual(s)
- [ ] Attorney-in-Fact
- [ ] Corporate Officer(s) _____ Title(s)
- [ ] Guardian/Conservator
- [ ] Partner - Limited/General
- [ ] Trustee(s)
- [x] Other: CCU

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

### Additional Information

Method of Signer Identification
Proved to me on the basis of satisfactory evidence:
- [x] form(s) of identification  [ ] credible witness(es)

Notarial event is detailed in notary journal on:
Page # _____ Entry # _____

Notary contact: _____

Other
- [ ] Additional Signer(s)  [ ] Signer(s) Thumbprint(s)
- [ ] _____