# Keith Vann

c/o 35 Shadow Mountain, Oakland, CA 94605

October 3, 2011

C/o: Ronald V. Dellums Federal Building
District of California
Attention: Sandra Brown Armstong, PERSONAL   CONFIDENTIAL
1301 Clay Street, Suite 400 S
Oakland, CA 94612

**FILED**

OCT - 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CR 08-244-SBA

Dear Miss/Mrs. Brown Armstrong;

Please place me on the immunity list.

Your humble servant,

Keith-Aaron Vann

# Affidavit of reservation of rights UCC 1-308/1-207

| | |
|---|---|
| **PUBLIC** | **Keith-Aaron: Vann**, sui juris |
| **THIS IS A PUBLIC COMMUNICATION TO ALL** | All rights reserved  **UCC 1-308/1-207** |
| Notice to agents is notice to principles | c/o  35 Shadow Mountain |
| Notice to principles is Notice to Agents | Oakland, California a republic near [94605] |
| Applications to all successors and assigns | Phone: [ 510 568-0883 ] |
| All are without excuse | Non-domestic without the United States |

Let it be known to all that I, **Keith-Aaron: Vann** explicitly reserves all of my rights.  See **UCC 1-308** which was formally **UCC 1-207**.

"**§ 1-308. Performance or Acceptance Under Reservation of Rights.**
**(a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient."**

I retain all of my rights and liberties at all times and in all places, **nunc pro tunc** (now for then) from the time of my birth and forevermore. Further, I retain my rights not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally. And furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement. I am not ever subject to silent contracts and have never knowingly or willingly contracted away my sovereignty.

Further, I am not a United States citizen or a 14th amendment citizen.  I am a State Citizen of the republic and reject any attempted expatriation.   See **15 united States statute at large, July 27th, 1868** also known as the expatriation statute

Violation fee of my liberty is $250,000 per incident or per 15 minutes or any part thereof. Wherefore all have undeniable knowledge.

*Sovereign Authority*

## AFFIDAVIT

Affiant, **Keith-Aaron: Vann**, sui juris, a natural born Citizen of **California**  in its dejure capacity as a republic and as one of the several states of the union created by the constitution  for the united States of America 1777/1789. This incidentally makes me an American national and a common man of the Sovereign People, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

Signed By: _Keith Aaron Vann_ sui juris, This Affidavit is dated 5-13-11
**Keith-Aaron Vann**

## NOTARY PUBLIC

State _____ County _____
Subscribed and sworn to before me, a Notary Public, the above signed **Keith-Aaron: Vann**,
This _____ day of _____, _____ year

_____
Notary Public                                                                                     SEE ATTACHED JURAT

MY COMMISSION EXPIRES: _____

# State of California



## SECRETARY OF STATE

*This Apostille only certifies the authenticity of the signature and the title of the public official who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.*
*This Apostille does not certify the authenticity of the underlying document for which it was issued.*
*This Apostille is not valid for use anywhere within the United States of America, its territories or possessions.*
*To verify the issuance of this Apostille, go to www.sos.ca.gov/business/notary/apostille-search/*

## APOSTILLE
*(Convention de La Haye du 5 octobre 1961)*

1. Country: United States of America
   This public document

2. has been signed by Mac Rohith Dsouza

3. acting in the capacity of Notary Public, State of California

4. bears the seal/stamp of Mac Rohith Dsouza, Notary Public, State of California
   **CERTIFIED**

5. At Sacramento, California

6. the 1st day of September 2011

7. by Deputy Secretary of State, State of California

8. No. 66017

9. Seal/Stamp:



10. Signature

   *Debra Bowen*
   Secretary of State

   BY _____



P-24 A (REV 1-07)  OSP 07 104066

# JURAT

State of California

County of ALAMEDA

Subscribed and sworn to (or affirmed) before me on this 13 day of MAY, 20 11, by KEITH AARON VANN,
Name of Signer
proved to me on the basis of satisfactory evidence to be the person (s) who appeared before me.

```
MAC ROHITH DSOUZA
COMM. #1881393
Notary Public-California
ALAMEDA COUNTY
My Comm. Exp. March 1, 2014
```

Place Notary Seal Above

Signature_____
Signature of Notary Public

███████████
███████████
███████████
███████████

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
**Keith Vann    510.568.0883**

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
Keith Vann
c/o 35 Shadow Mountain
Oakland, CA 94605
```

**1172700654**
**05/16/2011 12:37**

FILED
CALIFORNIA
SECRETARY OF STATE

SOS

28985350002    UCC 3 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
**11-7262407418**

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. ☐ AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address / ☐ DELETE name / ☐ ADD name

6. CURRENT RECORD INFORMATION:
   6a. ORGANIZATION'S NAME
   OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
   7a. ORGANIZATION'S NAME
   OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
   7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
   7d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
   Describe collateral ☐ deleted or ☑ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
   9a. ORGANIZATION'S NAME
   OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

*Keith Aaron Vann*
*Keith Aaron Vann*

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)
11-7266407418

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| Vann | Keith | Aaron |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

AFFIDAVIT OF RESERVATION OF RIGHTS UCC 1-308/1-207
UNITED STATES POSTAL SERVICE - TRACK/CONFIRM - INTRANET ITEM INQUIRY, ITEM NUMBER: RB80 6639 425U S
COMMERCIAL NOTICE OF TRADE NAME
THE INTER-CITY EXPRESS NEWSPAPER PROOF OF PUBLICATION - COPY OF NOTICE, NOTICE TYPE - LEGAL3 LEGAL NOTICE-3, AD DESCRIPTION - COMMERCIAL NOTICE OF TRADE NAME

28985350002

*Keith Aaron Vann*
*Keith Aaron Vann*

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# www.nationalrepublicregistry.com

## CERTIFICATION OF ELECTRONIC RECORDING

On this day, June 08, 2011, we, the undersigned witnesses, have inspected 08 page(s) of printed information by Keith A. Vann. The submitted information has been scanned and electronically recorded at the following location on the world-wide web:

www.nationalrepublicregistry.com/public/2011/CA/06.08.000003.pdf

All contents of the electronically recorded document may be viewed at the public's discretion.

LS: _[signature]_
First Witness

LS: _[signature]_
Second Witness

LS: _[signature]_
Third Witness

[Certified Copy seal — nationalrepublicregistry.com]

## NATIONAL REPUBLIC REGISTRY

900 North Walnut Creek Dr. Suite 100 #283

Mansfield, TX 76063

1.866.455.7837

**FILE LOCATION**
http://www.nationalrepublicregistry.com/public/2011/ _CA/06.08.000003.pdf_

## PROOF OF SERVICE

I, the undersigned declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 8517 Earhart Road Suite 180, Oakland, CA 94621. On October 3, 2011, I served the within:

**AFFIDAVIT OF RESERVATION OF RIGHT UCC 1-308/1-207, UCC FINANCING AMENDMENT 1172700654, CERTIFICATE OF ELECTRONIC RECORDING**

[ X ]. BY MAIL in the said cause by placing a true copy there of enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Oakland, CA addressed as shown below.

[ ], BY HAND DELIVERY by causing a true copy thereof enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below. I personally left the documents with _____.

[ ], BY OVERNIGHT DELIVERY by placing a true copy thereof, enclosed in a sealed envelope, with delivery charges fully paid, to be delivered overnight to the addressees) shown below.

[ ], BY FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile transmission from the facsimile number (510) 562-3331 to the interested parties' to said action at the facsimile number(s) shown below.

C/o: Ronald V. Dellums Federal Building
District of California
Attention: Sandra Brown Armstong,
PERSONAL  CONFIDENTIAL
1301 Clay Street, Suite 400 S
Oakland, CA 94612

Fee for the service is $ 0.00

I declare under penalty of perjury that I am an employee with a licensed and bonded process server company under B&P 22352, County of Alameda, Permit # 1162, and that the foregoing is true and correct.

Executed the _3rd _ Day of October  2011 at Oakland, CA.

*Nicole Lewis-Bolton*
Nicole Lewis-Bolton

(SANDRA BROWN ARMSTRONG - PROOF OF SERVICE – RES  OF RIGHTS UCC 1-308)