UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KEITH AARON VANN,<br><br>　　　　Defendant. | Case No: CR 08-00244 SBA<br><br>**ORDER DENYING DEFENDANT KEITH AARON VANN'S MOTION FOR SANCTIONS**<br><br>Dkt. 269 |

　　On May 16, 2012, this Court issued an Order stating that "[t]he parties shall not submit any further filings without prior leave of court." Dkt. 228. On December 10, 2012, Defendant Keith Aaron Vann ("Vann") filed a motion styled as Petitioner's Notice in the Form of Memorandum of Points and Authorities Re: Rule 11; C.C.C.P. 128.7 ("motion for sanctions"), along with two supporting documents. Dkt. 269, 270, 271. Since Vann filed the motion without leave of Court, the motion is not properly before the Court. That aside, the motion—which seeks the imposition of sanctions under Federal Rule of Civil Procedure 11 and California Code of Civil Procedure 128.7 against the Government—is frivolous. Accordingly,

1 | IT IS HEREBY ORDERED THAT Defendant Vann's motion for sanctions is
2 | DENIED.  This Order terminates Docket 269.
3 |   IT IS SO ORDERED.
4 | Dated:  December 12, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

1 | UNITED STATES DISTRICT COURT
2 | FOR THE
  | NORTHERN DISTRICT OF CALIFORNIA
3 |
4 | UNDER SEAL et al,
5 |        Plaintiff,
6 |  v.
7 | UNDER SEAL et al,
8 |        Defendant.
9 | _____/

Case Number: CR08-00244 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith Aaron Vann
c/o 35 Shadow Mountain Street
Oakland, CA 94605

Dated: December 13, 2012

                              Richard W. Wieking, Clerk

                                      By: Lisa Clark, Deputy Clerk